# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GLOBAL MOGUL, LLC,

        Plaintiff,

  vs.

ADVANCED DATA RECOVERY, *et al.*,

        Defendants.

Case No.: 2:13-cv-00224-GMN-PAL

**ORDER**

    Pending before the Court is Plaintiff Global Mogul's Renewed Motion to Amend Complaint (ECF No. 47), and the original Motion to Amend Complaint (ECF No. 24).

    In September 2012, this action was filed before the United States District Court for the Northern District of Ohio. (ECF No. 1.) On January 21, 2013, Plaintiff filed its original Motion to Amend Complaint (ECF No. 24), and on February 8, 2013, the action was transferred by stipulation to this Court (ECF No. 30). With the transfer, the status of any pending motions was unclear, and, accordingly, the Court now considers Plaintiff's Renewed Motion to Amend Complaint (ECF No. 47).

    Rule 15(a) of the Federal Rules of Civil Procedure provides for amendment of a pleading before trial. Fed. R. Civ. P. 15(a). Rule 15(a)(2) provides that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Here, the Court finds good cause to allow amendment of Plaintiff's Complaint.

    Accordingly,

    **IT IS HEREBY ORDERED** that the Motion to Amend Complaint (ECF No. 24) and the Renewed Motion to Amend Complaint (ECF No. 47) are **GRANTED**. Plaintiff shall file an Amended Complaint by **Friday, September 27, 2013**.

1     **IT IS FURTHER ORDERED** that any pending motions to dismiss are hereby found
2  **moot**, and **DENIED without prejudice**.
3     **IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report by
4  <u>**Friday, October 11, 2013**</u>.
5     **DATED** this 20th day of September, 2013.

_____
Gloria M. Navarro
United States District Judge