**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GLOBAL MOGUL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-00224-GMN-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ADVANCED DATA RECOVERY, et al., | ) | (Mtn to Withdraw - Dkt. #67) |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Motion to Withdraw as Counsel of Record (Dkt. #67) filed February 12, 2014. Augusta A. Massey seeks to withdraw as local counsel for Plaintiff Global Mogul, LLC. The Motion represents that Plaintiff has failed to pay for legal services rendered, and further representation would be an unreasonable financial burden on counsel. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." Plaintiff will continue to be represented by its out-of-state counsel, Mr. James McElroy, who is admitted pro hac vice in this case. Plaintiff's Complaint (Dkt. #1) was filed on September 24, 2012, in the United States District Court for the Northern District of Ohio. The case was transferred to this district on February 8, 2013. *See* Order (Dkt. #31).

Although Mr. McElroy is admitted pro hac vice, he does not maintain an office in Nevada. Local Rule IA 10-1(b) provides that a licensed Nevada attorney without offices in Nevada, "shall either associate a licensed Nevada attorney maintaining an office in Nevada or designate a licensed Nevada attorney maintaining an office in Nevada, upon whom all papers, process, or pleadings required to be served upon the attorney may be so served." *Id.* Plaintiff must associate with or designate local counsel in compliance with the Local Rules.

/ / /

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw (Dkt. #67) is GRANTED.
2. Plaintiff shall associate with or designate local counsel in compliance with LR IA 10-1(b) no later than **March 18, 2014.**

Dated this 18th day of February, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE